IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1468 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and ALEXANDER BAUGH, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## HEARING MEMO

HEARING HELD:  Telephone Status Conference
DATE HEARING HELD:  January 7, 2022
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
James B. Lieber, Esq.
Thomas M. Huber, Esq.

Appearing for Defendant:
Kevin B. Leblang, Esq.
Izabel P. McDonald, Esq.

Hearing began at 9:00 a.m.

Hearing concluded at 9:15 a.m.

Stenographer:  None

OUTCOME:

1. Reviewed recent chronology as to discovery.

2. Update provided by counsel as to plan for completion of fact discovery by 4/30/22. Report as to depositions that are currently scheduled and may be scheduled. All ESI has been produced by Defendants.

3. Court encouraged counsel to work together to constructively address any discovery issues.