IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | Civil Action No. 2:19-cv-01468-MPK |
| | ) | |
| Plaintiff, | ) | The Hon. Maureen P. Kelly |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL | ) | Re: ECF No. 85 |
| GROUP, INC., NATIONAL UNION | ) | |
| FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA., and | ) | |
| ALEXANDER BAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _15th_ day of _February_, 2022, it is ORDERED that Plaintiff's Motion to Compel Answers to Interrogatories is GRANTED. Defendants shall provide complete answers to Interrogatory Nos. 4, 8, 12, 19, and 20 of Plaintiff's First Set of Interrogatories Directed to All Defendants ~~within 14 days of the date of this Order~~ _on or before February 28, 2022_.

_As to Interrogatory No. 19, the relevant request period is 6.5 years and limited to the discrete list of 20 individuals referenced in the Motion to Compel at paragraphs 29 and 30._

BY THE COURT:

_/s/ Maureen P. Kelly_
The Hon. Maureen P. Kelly
U.S. Magistrate Judge