IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | Civil Action No. 2:19-cv-01468-MPK |
| | ) | |
| Plaintiff, | ) | The Hon. Maureen P. Kelly |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| | ) | Re: ECF No. 88 |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., NATIONAL UNION | ) | |
| FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA., and | ) | |
| ALEXANDER BAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This 22nd day of February, 2022, it is ORDERED that Plaintiff's Motion to Compel Documents Redacted or Withheld As Privileged or Not Responsive is GRANTED *as set forth below.* Defendants shall produce the following ~~within 7 days of the date of this Order~~ *on or before February 25, 2022*:

(1) Log No. 44 – Joers notes concerning discussion with Annette Bernstein, Alexander Baugh, and Yogita Naik regarding Rudolf resignation *with top 2 lines of last page redacted*;

(2) Log No. 45 – Joers notes concerning discussion with Bernstein and/or Christine Button regarding Rudolf resignation;

(3) Log No. 50 – 11/13/2017 email from Merritt to Joers and Bernstein, cc Naik at 7:11 p.m.;

(4) Log No. 64 – 11/13/2017 Ryan Merritt to Tracy McMillan, copy to Yogita *at 7:26 p.m.*, Email chain transmitting communication with Bernstein concerning Rudolf resignation;

(5) Log No. 65 – 1/14/2017 Andrew Curtin to Annette M. Bernstein and Richard Joers, copy to Michael Leahy, Email concerning GIG interview with Rudolf;

(6) ~~Log No. 70 – 11/19/2017 Richard Joers to Ryan Merritt, copy to Christine Button;~~

(7) AIG003684 – the body of Tracy McMillan's 11/20/17 6:47 p.m. email to herself; *subject line is John Rudolf. Any confidential issues covered by Protective Order.*

(8) ~~AIG003676-77 – the body of Joers' 11/20/17 10:41 a.m. and 11:02 a.m. emails, and the body of Merritt's 11/20/17 11:05 a.m. email.~~

*The documents must be produced, consistent with the analysis set forth in the Court's rulings in the Memorandum Order at ECF No. 83.*

*Motion is denied as to (6) and (8).*

BY THE COURT:

*/s/ Maureen P. Kelly*

The Hon. Maureen P. Kelly
U.S. Magistrate Judge