IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1468 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and ALEXANDER BAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

### HEARING MEMO

HEARING HELD:  Telephone Status Conference
DATE HEARING HELD:  April 14, 2022
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
James B. Lieber, Esq.
Thomas M. Huber, Esq.

Appearing for Defendant:
Kevin B. Leblang, Esq.
Izabel P. McDonald, Esq.
Marjorie Bagnato, Esq.

Hearing began at 10:00 a.m.

Hearing concluded at 10:50 a.m.

Stenographer:  None

OUTCOME:

1.  On September 30, 2021, the Court directed that Peter Zaffino appear for deposition.  ECF No. 70.

2.  Second Revised Notice of Deposition for Peter Zaffino was served relative to deposition scheduled for 4/21/22.

3.  Notice included request that Zaffino bring with him three categories of documents.  Each request is limited in time.

4.  Defendants explained objections to the three deposition documents requests.  Plaintiff

addressed the relevance of the requests to Plaintiff's claims.  Court noted the allegations set forth in Paragraphs 75 – 91 of the Amended Complaint.

5.      Defendants are directed to produce at the deposition the three categories of documents in the Second Revised Notice of Deposition as modified by the Court.

    a. Documents relative to the Caremark litigation received or reviewed by Zaffino. 1/1/16 to 12/31/17.

    b. Documents relative to the Caremark litigation settlement received for reviewed by Zaffino  1/1/16 to 12/31/17.

    c. Documents, including emails, notes and texts referring or related to John Rudolf. 1/1/16 to present.

6.      Plaintiff's counsel raised concerns as to documents that he has been asking for since 2/2021 including as to RPD Nos. 39 and 40.  Counsel are to try to work to constructively address this issue.  If not resolved, it may be brought to the Court by an appropriate motion.

7.      The Court clearly addressed the scope of relevance and discoverability for the deposition of Zaffino.