**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | Civil Action No. 2:19-cv-01468-MPK |
| | ) | |
| Plaintiff, | ) | The Hon. Maureen P. Kelly |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

Plaintiff John Rudolf, by and through undersigned counsel, moves for leave to file a document under seal and, in support thereof, avers as follows:

1.      Plaintiff is filing contemporaneously herewith a Motion to Compel Documents and Information.

2.      Plaintiff has created Tab I in support of that Motion, which consists of two (2) performance reviews of an employee Defendants contend assumed some of Plaintiff's job duties (M. H.).

3.      As part of the Motion to Compel, Plaintiff seeks to have those 2 performance reviews unredacted as the majority is redacted.

4.      Defendants consider the 2 performance reviews confidential information and pertaining to an AIG employee other than Plaintiff.

5.      Defendants have requested Plaintiff to file the Tab I performance reviews under seal in accordance with the Parties' Confidentiality Stipulation.  *See* ECF No. 49, p. 5, ¶ 11.

6.      Wherefore, Plaintiff respectfully requests leave of Court to file Tab I under seal.

7.      An appropriate Order is attached.

8.      Defendants consent to this Motion.

Respectfully submitted,


s/James B. Lieber
James B. Lieber
Pa. I.D. No. 21748
Thomas M. Huber
Pa. I.D. No. 83053
Jacob M. Simon
Pa. I.D. No. 202610
LIEBER HAMMER HUBER & PAUL, P.C.
1722 Murray Avenue, 2nd Floor
Pittsburgh, PA 15217
(412) 687-2231 (telephone)
(412) 687-3140 (fax)
Counsel for Plaintiff John Rudolf

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin Leblang, Esq.
Izabel P. McDonald, Esq.
Rachel Schuman, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, N.Y. 10036
(212) 715-9100 (tel.)
(212) 715-8000 (fax)

Jaime S. Tuite, Esq.
Marjorie F. Bagnato, Esq.
Buchanan Ingersoll & Rooney, P.C.
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
(412) 562-8800 (tel.)
(412) 562-1041 (fax)

Counsel for Defendants

s/James B. Lieber
James B. Lieber
Counsel for Plaintiff