IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF, | : |
| Plaintiff, | : |
| | : *Electronically Filed* |
| v. | : |
| | : Civil Action No. 2:19-cv-01468 |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH, | : Magistrate Judge Maureen P. Kelly |
| | : Re: ECF No. 109 |
| Defendants. | : |

## ORDER

This *11th* day of *May*, 2022, upon consideration of Defendants' Motion For Clarification and Reconsideration of Certain Rulings Contained in the Court's Hearing Memo *and Plaintiff's Notice of Intent, ECF No. 111,* (ECF 107) and Summary Judgment Scheduling Order (ECF 108), it is hereby ORDERED that such Motion is GRANTED *in part and DENIED in part.*

It is ORDERED, that:

(a) With regard to Plaintiff's Motion to Compel Document Production and Supplemental Information (ECF 102):

    i. the page limitation set forth in the Hearing Memo (ECF 107) for Plaintiff's Reply brief is hereby amended to *10* pages,

    AND

    ii. Defendants may submit a Sur-reply, limited to the same number of pages as the Reply brief, by June 10, 2022.

    ~~AND/OR~~

    ~~the Court will schedule oral argument on the motion.~~

    iii. *The Court will schedule oral argument should it determine that it is needed after review of all briefing.*

KL3 3386215.2

(b) With regard to any Motion for Summary Judgment on the part of Defendants, the due date for Defendants' Reply papers set forth in the Summary Judgment Scheduling Order (ECF 108) is hereby amended to October 14, 2022, and the due date for Plaintiff's Sur-reply papers set forth in the Summary Judgment Scheduling Order is hereby amended to November 11, 2022.

(c) *The Court notes that at the status conference defense counsel merely referenced that he had "a holiday" and he did not identify a religious holiday.*

~~(c). The Hearing Memo (ECF 107) shall be removed from the ECF docket and re-issued so that paragraph 4 of the Hearing Memo reads as follows: "Possible need for discovery regarding alleged interference with prospective employer to be addressed after ruling on motion for summary judgment."~~

(d) *An Amended Summary Judgment Scheduling Order will be issued.*

_____
Maureen P. Kelly
United States Magistrate Judge

KL3 3386215.2