Case 2:19-cv-01468-MPK   Document 114-1   Filed 05/23/22   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN RUDOLF, | : | |
| Plaintiff, | : | |
| | : | *Electronically Filed* |
| v. | : | |
| | : | Civil Action No. 2:19-cv-01468 |
| AMERICAN INTERNATIONAL | : | |
| GROUP, INC., NATIONAL UNION | : | Magistrate Judge Maureen P. Kelly |
| FIRE INSURANCE COMPANY OF | : | Re: ECF No. 114 |
| PITTSBURGH, PA., and | : | |
| ALEXANDER BAUGH, | : | |
| Defendants. | : | |
| | : | |

**ORDER**

This **24th** day of _May_, 2022, upon consideration of Defendants'
Uncontested Motion for Leave to File Under Seal, it is hereby ORDERED that such Motion is
GRANTED such that:

a.      Defendants are permitted to file under seal the documents which Defendants have

marked as Exhibits A, B, C, D, and E attached to the Declaration of Nonna

Marinoff, and Exhibits 7, 9, and 13 attached to the Declaration of Izabel P.

McDonald, as part of Defendants' Opposition to Plaintiff's Motion to Compel

(ECF 102), ~~and that Defendants are hereby GRANTED a waiver of the~~

~~requirement to electronically file redacted versions of such exhibits;~~

~~b.~~      ~~[At Plaintiff's request, Defendants are permitted to file under seal the deposition~~

~~transcript excerpts which Defendants have marked as Exhibits 16-25 attached to~~

~~the Declaration of Izabel P. McDonald, as well as the portions of those exhibits~~

~~that are directly quoted in Defendants' brief and supporting declarations, as part~~

~~of Defendants' Opposition to Plaintiff's Motion to Compel (ECF 102), and that~~

~~Defendants are hereby GRANTED a waiver of the requirement to electronically~~

~~file redacted versions of such exhibits (but shall file truncated version of the brief~~

~~and declarations).]~~

~~[OR]~~

b.   Defendants are permitted to file under seal those specific portions of certain

deposition transcript excerpts described in paragraphs 16, 19, and 21 of their

Motion as to the documents Defendants have attached as Exhibits 16, 23, and 24

to the Declaration of Izabel P. McDonald, as part of Defendants' Opposition to

Plaintiff's Motion to Compel (ECF 102), and shall file redacted versions of such

exhibits.

c.   *Defendants are not permitted to file their brief under seal.*

Maureen P. Kelly
United States Magistrate Judge