IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF, | : |
| | : |
| Plaintiff, | : |
| | : *Electronically Filed* |
| v. | : |
| | : |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH, | : Civil Action No. 2:19-cv-01468 |
| | : |
| | : Magistrate Judge Maureen P. Kelly |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion for Summary Judgment filed by American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and Alexander Baugh ("Defendants"), is hereby GRANTED.  Judgment is entered in favor of Defendants and against Plaintiff John Rudolf.  The Clerk shall mark this case CLOSED.

BY THE COURT:

_____
The Hon. Maureen P. Kelly
U.S. Magistrate Judge