IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL GROUP, ) <br> INC., NATIONAL UNION FIRE ) <br> INSURANCE COMPANY OF ) <br> PITTSBURGH, PA, and ALEXANDER ) <br> BAUGH, ) <br> ) <br> Defendants. ) | Civil Action No. 19-1468 <br> Magistrate Judge Maureen P. Kelly |

## HEARING MEMO

HEARING HELD: Telephone Status Conference
DATE HEARING HELD: October 7, 2022
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
James B. Lieber, Esq.
Thomas M. Huber, Esq.

Appearing for Defendant:
Izabel P. McDonald, Esq.
Kevin B. Leblang, Esq.
Jamie Tuite, Esq.

Hearing began at 12:05 p.m.

Hearing concluded at 12:35 p.m.

Stenographer: None

OUTCOME:

1. Addressed Plaintiff's Motion of File Documents Under Seal and Defendants' Response, ECF Nos. 192 and 193.

2. Amended Summary Judgment Scheduling Order will be issued.