IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1468 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, | ) | |
| INC., NATIONAL UNION FIRE | ) | |
| INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA, and ALEXANDER | ) | |
| BAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## **AMENDED SUMMARY JUDGMENT SCHEDULING ORDER**

Following the status conference with the parties on October 7, 2022, IT IS HEREBY ORDERED that the summary judgment scheduling order is amended as follows:

1)	Plaintiff is to provide all exhibits referenced in the Motion for Leave to File Documents under Seal, ECF No 192, to defense counsel today.

2)	Plaintiff is to identify all deposition transcript pages that he seeks to redact as soon as possible, but no later than noon on Monday, **October 10, 2022**.

3)	The parties are directed to meet and confer regarding appropriate redactions relative to materials to be filed in connection with Plaintiff's summary judgment briefing by **October 12, 2022 at 5 p.m.**

4)	Plaintiff is directed to file a new Motion to File Documents Under Seal by **October 14, 2022**.

5) Any Response in Opposition to a Motion for Summary Judgment and accompanying Brief in Support must be filed by **October 19, 2022**. The Brief in Opposition shall not exceed fifty (50) pages.

6) Any Reply to Response in Opposition is due by **November 30, 2022**. Any Sur-reply is due by **December 15, 2022**. The Reply and Sur-reply shall not exceed twenty-five (25) pages.

7) Any Motion for Summary Judgment or Brief in Support of or in Opposition to a Motion for Summary Judgment **must include ECF citations** to the Joint Statement of Undisputed Facts.

8) All Motions for Summary Judgment and Responses thereto must comply with Local Civil Rule 56. In addition, all references to evidence made in the parties' respective briefs shall be supported by citations directly to the record evidence included in the Appendix.

9) If a Brief or Materials submitted in Support of or in Opposition to a Motion for Summary Judgment are in excess of twenty (20) pages, the filing party is directed to provide the Court with a courtesy hard-copy of the filed copy, which includes the ECF notation at the top of each page.

Dated: October 7, 2022

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE