IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF, | : |
| Plaintiff, | : |
| | : *Electronically Filed* |
| v. | : |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH, | : Civil Action No. 2:19-cv-01468 |
| | : Magistrate Judge Maureen P. Kelly |
| | : *Re: ECF No. 238* |
| Defendants. | : |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF LIMITED TO THREE PAGES IN SUPPORT OF THEIR MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY PENDING APPEAL**

AND NOW, this ___19th___ day of ___April___, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion for Leave to File a Reply Brief Limited to Three Pages in Support of Their Motion for Certification of Interlocutory Appeal and Stay Pending Appeal filed by defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and Alexander Baugh, is hereby GRANTED.

BY THE COURT:

_/s/ Maureen P. Kelly_
The Hon. Maureen P. Kelly
U.S. Magistrate Judge