IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | Civil Action No. 2:19-cv-01468-MPK |
| | ) | |
| Plaintiff, | ) | The Hon. Maureen P. Kelly |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This_____day of_____, 2023, it is ORDERED that Plaintiff's Motion to Compel Compensation Information for Damages Calculation is GRANTED.  Defendants shall produce the compensation information for Tim DeSett for 2019-2023 within 3 days of the date of this Order.  Such information shall include Mr. DeSett's annual salary, target and actual Short Term Incentive ("STI"), target and actual Long Term Incentive ("LTI"), and target and actual Total Direct Compensation ("TDC").

BY THE COURT:

_____
The Hon. Maureen P. Kelly
U.S. Magistrate Judge