# EXHIBIT B

**Head of Field Operations, North American General Insurance**

Reporting to the COO, North American General Insurance, the primary responsibility of the Head of Field Operations role is to develop the firm's zone business strategy (within guidelines set by executive leadership of the business line) and cascade this to branches and zones to meet country profitability targets across North America.

*Responsibilities included, but not limited to:*
- Lead the implementation of key strategic and operational plans along with the businesses in respects of: Products, Segments, Geography and Risk Appetite
- Oversee Industry Leaders, Broker and Client Engagement, Branch Managers and Zonal Leaders for a view of distribution and client-facing salesforce, to build local teams in line with North Americas' staffing model to effectively represent national segment priorities in local geographies
- Interfaces with Broker Product Heads and clients on transactional issues
- Interfaces with Industry Segment Leads for industry expertise (e.g., for client relationship building, industry POVs, etc.) and to support organizational transition between zone, product and industry segments
- Establish consistent client and distribution management strategies and best practices to ensure AIG is best positioned within North America
- Monitor the competitive environment to identify business threats and opportunities and develop business plans to address them; liaise with Industry Segment Leads to garner and stay abreast of industry expertise (e.g., for client relationship building, industry POVs, etc.)
- Drive a culture that promotes collaboration, innovation, diversity and inclusion; successfully conduct talent acquisition, employee engagement and performance monitoring/evaluation work; lead through example.
- Lead the financial accountability for P&L (including industry segment targets for the region)
- Collaborate with distribution leadership to develop and deliver tailored distribution solutions
- Ensure client retention and satisfaction and ensure a culture of collaboration across the businesses for cross-selling and customer support

*Qualifications:*
- 20+ Years of experience years in Client Customer Support and Operations that directly aligns with the specific responsibilities for this position, including 15+ years of managerial, supervisory, and/or demonstrated leadership experience
- Strong communication skills with demonstrated ability to influence senior level management through clear, complete, informed and logical discussions/presentations.
- Demonstrated ability to identify and recommend processes improvements.
- Demonstrated ability to successfully hire, retain, develop and coach staff via a culture of real-time performance feedback, with ability to build both technical and leadership skills.
- Demonstrated strong relationship management skills with internal stakeholders
- Finds common ground and can gain collaboration among senior management, colleagues and peers; can influence outcomes without directing or commanding.
- Undergraduate degree required in relevant field.


EXHIBIT 175

CONFIDENTIAL

AIG006752