IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RUDOLF, | ) | Civil Action No. 2:19-cv-01468-MPK |
| | ) | |
| Plaintiff, | ) | The Hon. Maureen P. Kelly |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL | ) | RE: ECF No. 250 |
| GROUP, INC., NATIONAL UNION | ) | |
| FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA., and | ) | |
| ALEXANDER BAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This 25th day of May, 2023, it is ORDERED that Plaintiff's Motion to Compel Compensation Information for Damages Calculation is GRANTED. Defendants shall produce the compensation information for Tim DeSett for 2019-2023 on or before ~~within 3 days of the date of this~~ Order Tuesday, May 30, 2023. Such information shall include Mr. DeSett's annual salary, target and actual Short Term Incentive ("STI"), target and actual Long Term Incentive ("LTI"), and target and actual Total Direct Compensation ("TDC").

Plaintiff's expert report due June 7, 2023. The deadline for Defendants' report remains June 30, 2023.

BY THE COURT:

_/s/ Maureen P. Kelly_
The Hon. Maureen P. Kelly
U.S. Magistrate Judge