IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Rudolf, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-cv-01468 |
| ) | |
| v. ) | |
| ) | |
| American International Group, Inc., ) | |
| National Union Fire Insurance Company ) | |
| of Pittsburgh, PA and Alexander Baugh, ) | |
| ) | |
| Defendants. ) | |

### REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on July 13, 2023.

The case (please check one):

\_\_\_\_**X**\_\_\_\_   has resolved

_____   has resolved in part (see below)

_____   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated: July 14, 2023                                   **/s/David B. White, Esquire**
                                                       Signature of Neutral