# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF,<br><br>               Plaintiff,<br><br>     v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH,<br><br>               Defendants. | *Electronically Filed*<br><br>Civil Action No. 2:19-cv-01468<br><br>Magistrate Judge Maureen P. Kelly |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-entitled action, including, but not limited to, the claims asserted by Plaintiff John Rudolf against Defendants, American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa. and Alexander Baugh, be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: August 8, 2023

| | |
|---|---|
| /s/ Kevin B. Leblang<br>Kevin B. Leblang (NY 1999507)<br>kleblang@kramerlevin.com<br>Izabel P. McDonald (NY 2515724)<br>imcdonald@kramerlevin.com<br>Rachael A. Schuman (NY 5651401)<br>rschuman@kramerlevin.com<br>(Each admitted pro hac vice)<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: 212-715-9100<br>Fax: 212-715-8000 | /s/ James B. Lieber<br>James B. Lieber (Pa. 21748)<br>jlieber@lhhb-law.com<br>Thomas M. Huber (Pa. 83053)<br>thuber@lhhb-law.com<br>Jacob M. Simon (Pa. 202610)<br>jsimon@lhhb-law.com<br>LIEBER HAMMER HUBER & PAUL, P.C.<br>1722 Murray Avenue, 2nd Floor<br>Pittsburgh, PA 15217<br>(412) 687-2231 (telephone)<br>(412) 687-3140 (fax)<br><br>Attorneys for Plaintiff |

Jaime S. Tuite (PA 87566)
jaime.tuite@bipc.com
Katelyn O'Connor (PA 308922)
kateyln.oconnor@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grand Street, Suite 200
Pittsburgh, PA 15219-1410
Phone: 412-562-8800
Fax: 412-562-1041

Attorneys for Defendants

**SO ORDERED** this _____ day of _____, 2023.

_____
The Hon. Maureen P. Kelly
U.S. Magistrate Judge