IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RUDOLF, | : |
| | : |
| Plaintiff, | : |
| | : *Electronically Filed* |
| v. | : |
| | : Civil Action No. 2:19-cv-01468 |
| AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ALEXANDER BAUGH, | : Magistrate Judge Maureen P. Kelly |
| | : Re: ECF No. 273 |
| Defendants. | : |

**ORDER APPROVING**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-entitled action, including, but not limited to, the claims asserted by Plaintiff John Rudolf against Defendants, American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa. and Alexander Baugh, be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: August 8, 2023

/s/ Kevin B. Leblang
Kevin B. Leblang (NY 1999507)
kleblang@kramerlevin.com
Izabel P. McDonald (NY 2515724)
imcdonald@kramerlevin.com
Rachael A. Schuman (NY 5651401)
rschuman@kramerlevin.com
(Each admitted pro hac vice)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9100
Fax: 212-715-8000

/s/ James B. Lieber
James B. Lieber (Pa. 21748)
jlieber@lhhb-law.com
Thomas M. Huber (Pa. 83053)
thuber@lhhb-law.com
Jacob M. Simon (Pa. 202610)
jsimon@lhhb-law.com
LIEBER HAMMER HUBER & PAUL, P.C.
1722 Murray Avenue, 2nd Floor
Pittsburgh, PA 15217
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

Attorneys for Plaintiff

Jaime S. Tuite (PA 87566)
jaime.tuite@bipc.com
Katelyn O'Connor (PA 308922)
kateyln.oconnor@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grand Street, Suite 200
Pittsburgh, PA 15219-1410
Phone: 412-562-8800
Fax: 412-562-1041

Attorneys for Defendants

**SO ORDERED** this  9th  day of  August , 2023.

_____
The Hon. Maureen P. Kelly
U.S. Magistrate Judge